**Raymond T. Wyer, Plaintiff-Appellee, v. McKeown-Phalin Chevrolet, Inc., a Corporation, Defendant-Appellant.**

Gen. No. 65–159. (Abstract of Decision.)

Second District.

August 30, 1966.

Henry H. Caldwell, of Chicago, for appellant; Harry S. and Fred S. Posner, of Chicago, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.